# UNITED STATES DISTRICT COURT
## District of Kansas
### (Topeka Docket)

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.    CASE NO.: 22-40068-01/02-TC

**HEATHER ANN THOMPSON and
JONATHAN LEE HUNT,**

    Defendants.

## SEALED INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE

**False Statement in the Acquisition of a Firearm**
**[18 U.S.C. § 922(a)(6)]**

That on or about April 3, 2021, in the District of Kansas, the defendant,

**HEATHER ANN THOMPSON,**

in connection with the acquisition of two (2) firearms, namely, a Glock, Model G43, 9mm caliber pistol, bearing Serial No. AFAR674, and a Taurus, Model G3, 9mm caliber pistol, bearing Serial No. ACA404303, from GM Firearms and Gunsmithing, a licensed dealer of

firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to GM Firearms and Gunsmithing, which statement was intended and likely to deceive the dealer as to a fact material to the lawfulness of such sale of the said firearms under Chapter 44 of Title 18, in that **HEATHER ANN THOMPSON** falsely and fictitiously represented that she was the actual purchaser of the firearms as reflected on ATF Form 4473, paragraph 21(a), when in fact **HEATHER ANN THOMPSON** was acquiring the firearms on behalf of **JONATHAN LEE HUNT.**

All in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and 2.

## COUNT TWO

### False Statement in the Acquisition of a Firearm
### [18 U.S.C. § 922(a)(6)]

That on or about April 12, 2021, in the District of Kansas, the defendant,

**HEATHER ANN THOMPSON,**

in connection with the acquisition of two (2) firearms, namely, a Taurus, Model TH-9, 9mm caliber pistol, bearing Serial No. TLY20178, and a Century Arms, Model Canik TP-9DA, 9mm caliber pistol, bearing Serial No. T6472-21BJ02053, from GM Firearms and Gunsmithing, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to GM Firearms and Gunsmithing, which statement was intended and likely to deceive the dealer as to a fact material to the lawfulness of such sale of the said firearms under Chapter 44 of Title 18, in that **HEATHER ANN THOMPSON** falsely and fictitiously represented that

she was the actual purchaser of the firearms as reflected on ATF Form 4473, paragraph 21(a), when in fact **HEATHER ANN THOMPSON** was acquiring the firearms on behalf of **JONATHAN LEE HUNT.**

All in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and 2.

## COUNT THREE

### False Statement in the Acquisition of a Firearm
### [18 U.S.C. § 922(a)(6)]

That on or about April 30, 2021, in the District of Kansas, the defendant,

**HEATHER ANN THOMPSON,**

in connection with the acquisition of a firearm, namely, a Taurus, Model G3, 9mm pistol, bearing Serial No. ACA396165, from GM Firearms and Gunsmithing, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to GM Firearms and Gunsmithing, which statement was intended and likely to deceive the dealer as to a fact material to the lawfulness of such sale of the said firearm under Chapter 44 of Title 18, in that **HEATHER ANN THOMPSON** falsely and fictitiously represented that she was the actual purchaser of the firearm as reflected on ATF Form 4473, paragraph 21(a), when in fact **HEATHER ANN THOMPSON** was acquiring the firearms on behalf of **JONATHAN LEE HUNT.**

All in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and 2.

## COUNT FOUR

### False Statement in the Acquisition of a Firearm
### [18 U.S.C. § 922(a)(6)]

That on or about May 1, 2021, in the District of Kansas, the defendant,

**HEATHER ANN THOMPSON,**

in connection with the acquisition of two (2) firearms, namely, a Glock, Model G19, 9mm caliber pistol, bearing Serial No. BNYS644, and a Sig Sauer, Model P-365, 9mm caliber pistol, bearing Serial No. 66B482647, from GM Firearms and Gunsmithing, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to GM Firearms and Gunsmithing, which statement was intended and likely to deceive the dealer as to a fact material to the lawfulness of such sale of the said firearms under Chapter 44 of Title 18, in that **HEATHER ANN THOMPSON** falsely and fictitiously represented that she was the actual purchaser of the firearms as reflected on ATF Form 4473, paragraph 21(a), when in fact **HEATHER ANN THOMPSON** was acquiring the firearms on behalf of **JONATHAN LEE HUNT.**

All in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and 2.

## COUNT FIVE

### False Statement in the Acquisition of a Firearm
### [18 U.S.C. § 922(a)(6)]

That on or about July 1, 2021, in the District of Kansas, the defendant,

**HEATHER ANN THOMPSON,**

in connection with the acquisition of a firearm, namely, a Ruger, Model Security 9, 9mm pistol, bearing Serial No. 382-44358, from GM Firearms and Gunsmithing, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to GM Firearms and Gunsmithing, which statement was intended and likely to deceive the dealer as to a fact material to the lawfulness of such sale of the said firearm under Chapter 44 of Title 18, in that **HEATHER ANN THOMPSON** falsely and fictitiously represented that she was the actual purchaser of the firearm as reflected on ATF Form 4473, paragraph 21(a), when in fact **HEATHER ANN THOMPSON** was acquiring the firearms on behalf of **JONATHAN LEE HUNT.**

All in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and 2.

## COUNT SIX

### False Statement in the Acquisition of a Firearm
### [18 U.S.C. § 922(a)(6)]

That on or about July 31, 2021, in the District of Kansas, the defendant,

**HEATHER ANN THOMPSON,**

in connection with the acquisition of a firearm, namely, a SCCY, Model CPX-2, 9mm caliber pistol, bearing Serial No. C196221, from GM Firearms and Gunsmithing, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to GM Firearms and Gunsmithing, which statement was intended and likely to deceive the dealer as to a fact material to the lawfulness of such sale of the said firearm under Chapter 44 of Title 18, in that **HEATHER ANN THOMPSON** falsely and fictitiously represented that she was the actual purchaser of the firearm as reflected on ATF Form 4473, paragraph 21(a), when in fact **HEATHER ANN THOMPSON** was acquiring the firearms on behalf of **JONATHAN LEE HUNT.**

All in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and 2.

## COUNT SEVEN

### False Statement in the Acquisition of a Firearm
### [18 U.S.C. § 922(a)(6)]

That on or about October 1, 2021, in the District of Kansas, the defendant,

**HEATHER ANN THOMPSON,**

in connection with the acquisition of two (2) firearms, namely, a Ruger, Model LC9-S, 9mm caliber pistol, bearing Serial No. 328-10797, and a Bersa, Model Thunder 380, .380 caliber pistol, bearing Serial No. K21975, from GM Firearms and Gunsmithing, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to GM Firearms and Gunsmithing, which statement was intended and likely to deceive the dealer as to a fact material to the lawfulness of such sale of the said firearms under Chapter 44 of Title 18, in that **HEATHER ANN THOMPSON** falsely and fictitiously represented that she was the actual purchaser of the firearms as reflected on ATF Form 4473, paragraph 21(a), when in fact **HEATHER ANN THOMPSON** was acquiring the firearms on behalf of **JONATHAN LEE HUNT.**

All in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and 2.

# COUNT EIGHT

### False Statement in the Acquisition of a Firearm
### [18 U.S.C. § 922(a)(6)]

That on or about November 24, 2020, in the District of Kansas, the defendant,

**HEATHER ANN THOMPSON,**

in connection with the acquisition of a firearm, namely, a SAR USA, Model SAR-9, 9mm caliber pistol, bearing Serial No. T1102-20BV51088, from GM Firearms and Gunsmithing, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to GM Firearms and Gunsmithing, which statement was intended and likely to deceive the dealer as to a fact material to the lawfulness of such sale of the said firearm under Chapter 44 of Title 18, in that **HEATHER ANN THOMPSON** falsely and fictitiously represented that she was the actual purchaser of the firearm as reflected on ATF Form 4473, paragraph 21(a), when in fact **HEATHER ANN THOMPSON** was acquiring the firearms on behalf of **JONATHAN LEE HUNT.**

All in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and 2.

## COUNT NINE

**Aiding and Abetting a False Statement in the Acquisition of a Firearm**
**[18 U.S.C. §§ 922(a)(6) and 2]**

That on or about April 3, 2021, in the District of Kansas, the defendant,

**JONATHAN LEE HUNT,**

in connection with the acquisition of two (2) firearms, namely, a Glock, Model G43, 9mm caliber pistol, bearing Serial No. AFAR674, and a Taurus, Model G3, 9mm caliber pistol, bearing Serial No. ACA404303, from GM Firearms and Gunsmithing, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, aided, abetted, counseled, commanded, and induced the knowing false and fictitious written statement to GM Firearms and Gunsmithing, which statement was intended and likely to deceive the dealer as to a fact material to the lawfulness of such sale of the said firearms under Chapter 44 of Title 18, in that **JONATHAN LEE HUNT** aided, abetted, counseled, commanded, and induced **HEATHER ANN THOMPSON** to falsely and fictitiously represent that she was the actual purchaser of the firearms, as reflected on ATF Form 4473, paragraph 21(a), when in fact **HEATHER ANN THOMPSON** was acquiring the firearms on behalf of **JONATHAN LEE HUNT.**

All in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and 2.

## COUNT TEN

### Aiding and Abetting a False Statement in the Acquisition of a Firearm
### [18 U.S.C. §§ 922(a)(6) and 2]

That on or about April 12, 2021, in the District of Kansas, namely, the defendant,

**JONATHAN LEE HUNT,**

in connection with the acquisition of two (2) firearms, namely, a Taurus, Model TH-9, 9mm caliber pistol, bearing Serial No. TLY20178, and a Century Arms, Model Canik TP-9DA, 9mm caliber pistol, bearing Serial No. T6472-21BJ02053, from GM Firearms and Gunsmithing, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, aided, abetted, counseled, commanded, and induced the knowing false and fictitious written statement to GM Firearms and Gunsmithing, which statement was intended and likely to deceive the dealer as to a fact material to the lawfulness of such sale of the said firearms under Chapter 44 of Title 18, in that **JONATHAN LEE HUNT** aided, abetted, counseled, commanded, and induced **HEATHER ANN THOMPSON** to falsely and fictitiously represent that she was the actual purchaser of the firearms, as reflected on ATF Form 4473, paragraph 21(a), when in fact **HEATHER ANN THOMPSON** was acquiring the firearms on behalf of **JONATHAN LEE HUNT.**

All in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and 2.

## COUNT ELEVEN

### Aiding and Abetting a False Statement in the Acquisition of a Firearm
### [18 U.S.C. §§ 922(a)(6) and 2]

That on or about April 30, 2021, in the District of Kansas, namely, the defendant,

**JONATHAN LEE HUNT,**

in connection with the acquisition of a firearm, namely, a Taurus, Model G3, 9mm pistol, bearing Serial No. ACA396165, from GM Firearms and Gunsmithing, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, aided, abetted, counseled, commanded, and induced the knowing false and fictitious written statement to GM Firearms and Gunsmithing, which statement was intended and likely to deceive the dealer as to a fact material to the lawfulness of such sale of the said firearm under Chapter 44 of Title 18, in that **JONATHAN LEE HUNT** aided, abetted, counseled, commanded, and induced **HEATHER ANN THOMPSON** to falsely and fictitiously represent that she was the actual purchaser of the firearm, as reflected on ATF Form 4473, paragraph 21(a), when in fact **HEATHER ANN THOMPSON** was acquiring the firearm on behalf of **JONATHAN LEE HUNT.**

All in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and 2.

# COUNT TWELVE

### Aiding and Abetting a False Statement in the Acquisition of a Firearm
### [18 U.S.C. §§ 922(a)(6) and 2]

That on or about May 1, 2021, in the District of Kansas, namely, the defendant,

**JONATHAN LEE HUNT,**

in connection with the acquisition of two (2) firearms, namely, a Glock, Model G19, 9mm caliber pistol, bearing Serial No. BNYS644, and a Sig Sauer, Model P-365, 9mm caliber pistol, bearing Serial No. 66B482647, from GM Firearms and Gunsmithing, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, aided, abetted, counseled, commanded, and induced the knowing false and fictitious written statement to GM Firearms and Gunsmithing, which statement was intended and likely to deceive the dealer as to a fact material to the lawfulness of such sale of the said firearms under Chapter 44 of Title 18, in that **JONATHAN LEE HUNT** aided, abetted, counseled, commanded, and induced **HEATHER ANN THOMPSON** to falsely and fictitiously represent that she was the actual purchaser of the firearms, as reflected on ATF Form 4473, paragraph 21(a), when in fact **HEATHER ANN THOMPSON** was acquiring the firearms on behalf of **JONATHAN LEE HUNT.**

All in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and 2.

# COUNT THIRTEEN

### Aiding and Abetting a False Statement in the Acquisition of a Firearm
### [18 U.S.C. §§ 922(a)(6) and 2]

That on or about July 1, 2021, in the District of Kansas, namely, the defendant,

**JONATHAN LEE HUNT,**

in connection with the acquisition of a firearm, namely, a Ruger, Model Security 9, 9mm pistol, bearing Serial No. 382-44358, from GM Firearms and Gunsmithing, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, aided, abetted, counseled, commanded, and induced the knowing false and fictitious written statement to GM Firearms and Gunsmithing, which statement was intended and likely to deceive the dealer as to a fact material to the lawfulness of such sale of the said firearm under Chapter 44 of Title 18, in that **JONATHAN LEE HUNT** aided, abetted, counseled, commanded, and induced **HEATHER ANN THOMPSON** to falsely and fictitiously represent that she was the actual purchaser of the firearm, as reflected on ATF Form 4473, paragraph 21(a), when in fact **HEATHER ANN THOMPSON** was acquiring the firearm on behalf of **JONATHAN LEE HUNT.**

All in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and 2.

13

## COUNT FOURTEEN

### Aiding and Abetting a False Statement in the Acquisition of a Firearm
### [18 U.S.C. §§ 922(a)(6) and 2]

That on or about July 31, 2021, in the District of Kansas, namely, the defendant,

**JONATHAN LEE HUNT,**

in connection with the acquisition of a firearm, namely, a SCCY, Model CPX-2, 9mm caliber pistol, bearing Serial No. C196221, from GM Firearms and Gunsmithing, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, aided, abetted, counseled, commanded, and induced the knowing false and fictitious written statement to GM Firearms and Gunsmithing, which statement was intended and likely to deceive the dealer as to a fact material to the lawfulness of such sale of the said firearm under Chapter 44 of Title 18, in that **JONATHAN LEE HUNT** aided, abetted, counseled, commanded, and induced **HEATHER ANN THOMPSON** to falsely and fictitiously represent that she was the actual purchaser of the firearm, as reflected on ATF Form 4473, paragraph 21(a), when in fact **HEATHER ANN THOMPSON** was acquiring the firearm on behalf of **JONATHAN LEE HUNT.**

All in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and 2.

## COUNT FIFTEEN

### Aiding and Abetting a False Statement in the Acquisition of a Firearm
### [18 U.S.C. §§ 922(a)(6) and 2]

That on or about October 1, 2021, in the District of Kansas, the defendant,

**JONATHAN LEE HUNT,**

in connection with the acquisition of two (2) firearms, namely, a Ruger, Model LC9-S, 9mm caliber pistol, bearing Serial No. 328-10797, and a Bersa, Model Thunder 380, .380 caliber pistol, bearing Serial No. K21975, from GM Firearms and Gunsmithing, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, aided, abetted, counseled, commanded, and induced the knowing false and fictitious written statement to GM Firearms and Gunsmithing, which statement was intended and likely to deceive the dealer as to a fact material to the lawfulness of such sale of the said firearms under Chapter 44 of Title 18, in that **JONATHAN LEE HUNT** aided, abetted, counseled, commanded, and induced **HEATHER ANN THOMPSON** to falsely and fictitiously represent that she was the actual purchaser of the firearms, as reflected on ATF Form 4473, paragraph 21(a), when in fact **HEATHER ANN THOMPSON** was acquiring the firearms on behalf of **JONATHAN LEE HUNT.**

All in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and 2.

## COUNT SIXTEEN

### Aiding and Abetting a False Statement in the Acquisition of a Firearm
### [18 U.S.C. §§ 922(a)(6) and 2]

That on or about November 24, 2020, in the District of Kansas, the defendant,

**JONATHAN LEE HUNT,**

in connection with the acquisition of a firearm, namely, a SAR USA, Model SAR-9, 9mm caliber pistol, bearing Serial No. T1102-20BV51088, from GM Firearms and Gunsmithing, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, aided, abetted, counseled, commanded, and induced the knowing false and fictitious written statement to GM Firearms and Gunsmithing, which statement was intended and likely to deceive the dealer as to a fact material to the lawfulness of such sale of the said firearm under Chapter 44 of Title 18, in that **JONATHAN LEE HUNT** aided, abetted, counseled, commanded, and induced **HEATHER ANN THOMPSON** to falsely and fictitiously represent that she was the actual purchaser of the firearm, as reflected on ATF Form 4473, paragraph 21(a), when in fact **HEATHER ANN THOMPSON** was acquiring the firearm on behalf of **JONATHAN LEE HUNT.**

All in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and 2.

# A TRUE BILL.

| | |
|---|---|
| __October 12, 2022__ | __s/Foreperson__ |
| DATE | FOREPERSON OF THE GRAND JURY |

DUSTON J. SLINKARD
UNITED STATES ATTORNEY

By: /s/ *Jared S. Maag*

    JARED S. MAAG
    Assistant United States Attorney
    District of Kansas
    444 Quincy St., Suite 290
    Topeka, Kansas 66683
    Ph: (785) 295-2850
    Fax: (785) 295-2853
    Email: jared.maag@usdoj.gov
    Ks. S. Ct. No. 17222

IT IS REQUESTED THAT THE TRIAL BE HELD IN TOPEKA, KANSAS

# PENALTIES

## Counts One - Sixteen

- A term of imprisonment not to exceed ten (10) years.
  18 U.S.C. § 924(a)(2).

- A fine not to exceed $250,000.00
  18 U.S.C. § 3571(b)(3).

- A term of supervised release not to exceed three (3) years.
  18 U.S.C. § 3583(b)(2).

- A mandatory special assessment of $100.00 per count of conviction.
  18 U.S.C. § 3013(a)(2)(A).